UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA a/s/o Fairmont Condo Association a/k/a Fairmont Condominium Association, Inc., FAIRMONT CONDO ASSOCIATION a/k/a FAIRMONT CONDOMINIUM ASSOCIATION, INC., | : : : : JURY TRIAL REQUESTED : : : |
| Plaintiffs, | : NO. 3:12-CV-00502-VLB : |
| vs. | : : |
| ELECTROLUX HOME PRODUCTS, INC., | : : |
| Defendant. | : OCTOBER 12, 2012 : |

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed, by and between undersigned counsel representing the parties identified herein, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of the Plaintiffs, Travelers Casualty Insurance Company of America a/s/o Fairmont Condo Association a/k/a Fairmont Condominium Association, Inc., and Fairmont Condo Association a/k/a Fairmont Condominium Association, Inc., against defendant, Electrolux Home Products,

1

Inc., having been resolved by discussion of the parties, be dismissed, with prejudice, with each party to this Stipulation bearing its own fees and costs.

*Attorneys for the Plaintiffs*

By     /s/ Jeffrey J. White
      Craig A. Raabe (ct04116)
      Jeffrey J. White (ct25781)
      Laura A. Torchio (ct28206)
      Robinson & Cole LLP
      280 Trumbull Street
      Hartford, CT 06103
      Telephone: (860) 275-8200
      Fax: (860) 275-8299
      E-mail: craabe@rc.com
      E-mail: jwhite@rc.com
      E-mail: ltorchio@rc.com

*Attorneys for the Defendant*

By     /s/ Cullen Guilmarin
      John J. Robinson
      Cullen Guilmartin
      McCarter & English, LLP
      185 Asylum Street
      Hartford, CT 06103
      E-mail: jrobinson@mccarter.com
      E-mail: cguilmartin@mccarter.com

**CERTIFICATE OF SERVICE**

**I hereby certify that on this 12th day of October, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.**

                                                  __/s/ Jeffrey J. White_____
                                                      Jeffrey J. White